UNITED STATES of America,
Plaintiff–Appellee,

v.

Armando LOPEZ–MATA,
Defendant–Appellant.

No. 06–11217
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

June 6, 2007.

Denise B. Williams, U.S. Attorney's Office Northern District of Texas, Lubbock, TX, for Plaintiff–Appellee.

Sherylynn Ann Kime–Goodwin, Assistant Federal Public Defender, Federal Public Defender's Office Northern District of Texas, Lubbock, TX, for Defendant–Appellant.

Before SMITH, BENAVIDES, and DENNIS, Circuit Judges.

PER CURIAM: *

Appealing the Judgment in a Criminal Case, Armando Lopez–Mata (Lopez) raises

---

the limited circumstances set forth in 5TH CIR. R. 47.5.4.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be

arguments that are foreclosed by *Almendarez–Torres v. United States,* 523 U.S. 224, 235, 118 S.Ct. 1219, 140 L.Ed.2d 350 (1998), which held that 8 U.S.C. § 1326(b)(2) is a penalty provision and not a separate criminal offense. Lopez also raises arguments that are foreclosed by *United States v. Mejia–Huerta,* 480 F.3d 713, 723 (5th Cir.2007), *petition for cert. filed,* 75 U.S.L.W. 3585 (U.S. Apr. 18, 2007) (No. 06–1381), which held that the district court is not required to provide notice prior to sentencing of its *sua sponte* intention to impose a non-Guidelines sentence. The Government's motion for summary affirmance is GRANTED, and the judgment of the district court is AFFIRMED.

published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

